UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JULIAN GAGO de MEDEIROS,

        Plaintiff,

  vs.

JOHN J. HAMLYN, et al.,

        Defendants.
                                        /

No. C 12-6290 PJH (PR)

**ORDER OF DISMISSAL**

Plaintiff, a federal detainee awaiting removal, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. The original complaint was dismissed with leave to amend, however plaintiff has filed a notice of voluntary dismissal. (Docket No. 8). Plaintiff may voluntarily dismiss his complaint with or without order of this Court. *See* Fed. R. Civ. P. 41(a)(1)(A), (a)(2). Because no opposing party has been served, Plaintiff's letter requesting to dismiss these proceedings is construed as a "notice of dismissal," and requires no order from the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, this action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: April 8, 2013.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

G:\PRO-SE\PJH\CR.12\Medeiros6290.dis-vol.wpd